Anna Sortun, OSB No. 045279
  Direct:  503.802.2107
  Email:  anna.sortun@tonkon.com
Steven M. Wilker, OSB No. 911882
  Direct:  503.802.2040
  Email:  steven.wilker@tonkon.com
Paul Balmer, OSB No. 203429
  Direct:  503.802.5745
  Email:  paul.balmer@tonkon.com
Gracey Nagle, OSB No. 215255
  Direct:  503.802.5753
  Email:  gracey.nagle@tonkon.com
Tonkon Torp LLP
1300 SW Fifth Ave., Suite 2400
Portland, OR 97201
Facsimile:  503.274.8779
   *Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| OREGON COUNCIL FOR THE HUMANITIES d/b/a OREGON HUMANITIES, a nonprofit corporation; FEDERATION OF STATE HUMANITIES COUNCILS, a nonprofit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DOGE SERVICE, a component of the Executive Office of the President; AMY GLEASON, in her official capacity as Acting Administrator of the United States DOGE Service; NATIONAL ENDOWMENT FOR THE HUMANITIES, an independent federal agency, and its advisory council NATIONAL COUNCIL ON THE HUMANITIES; MICHAEL MCDONALD, in his official capacity as Acting Chairman of the National Endowment for the Humanities,<br><br>Defendants. | Civil No. 3:25-cv-00829-SI<br><br>**PLAINTIFFS' MOTION FOR A 5 U.S.C. § 705 STAY AND PRELIMINARY INJUNCTION**<br><br>Oral Argument Requested |

For reasons explained in the accompanying memorandum of law, supporting declarations[1] and exhibits, and the Amended Complaint in this action, Plaintiffs Oregon Council for the Humanities and Federation of State Humanities Councils move for an order entering a stay under section 705 of the Administrative Procedure Act (APA), 5 U.S.C. § 705, and a preliminary injunction against all Defendants:

1. Enjoining, pending further order of the Court, Defendants, their agents, and anyone acting at Defendants' direction to restore the Federal State Partnership by returning NEH grants to state and jurisdictional humanities counsels to the status quo prior to the termination and rescission decisions.

2. Requiring Defendants to file, within one week of entry of this order and every month thereafter until resolution of the merits, a Status Report documenting the actions that they have taken to comply with the Court's order.

DATED: June 25, 2025.

TONKON TORP LLP

By:   */s/ Anna Sortun*
    Anna Sortun, OSB No. 045279
      Direct: 503.802.2107
      Email: anna.sortun@tonkon.com
    Steven M. Wilker, OSB No. 911882
      Direct: 503.802.2040
      Email: steven.wilker@tonkon.com
    Paul Balmer, OSB No. 203429
      Direct: 503.802.5745
      Email: paul.balmer@tonkon.com
    Gracey Nagle, OSB No. 215255
      Direct: 503.802.5753
      Email: gracey.nagle@tonkon.com
    *Attorneys for Plaintiffs*

---

[1] Attached as an Appendix to this Motion is a table listing the names, titles, and affiliations of the twelve individuals who provided supporting declarations accompanying the Motion.

**TABLE OF DECLARATIONS**

| Name | Title | Affiliation |
|---|---|---|
| Asmo, Rebecca | Executive Director | Ohio Humanities Council |
| Best, Jama | Executive Director | Arkansas Humanities Council |
| Davis, Adam | Executive Director | Oregon Council of Humanities |
| Doe, Jane | Former or Current Staff | National Endowment of Humanities |
| Doe, Mary | Former or Current Staff | National Endowment of Humanities |
| Johnson, Brandon | Executive Director | New Mexico Humanities Council |
| Lyon, Gabrielle | Executive Director | Illinois Humanities |
| Oey, Christina | Executive Director | South Dakota Humanities Council |
| Perez-Verdia, Kameron | President and CEO | Alaska Humanities Forum |
| Rockoff, Stuart | Executive Director | Mississippi Humanities Council |
| Sortun, Anna | Attorney | Tonkon Torp LLP |
| Stein, Phoebe | President | Federation of State Humanities Councils |