Anna Sortun, OSB No. 045279
  Direct:  503.802.2107
  Email:  anna.sortun@tonkon.com
Steven M. Wilker, OSB No. 911882
  Direct:  503.802.2040
  Email:  steven.wilker@tonkon.com
Paul Balmer, OSB No. 203429
  Direct:  503.802.5745
  Email:  paul.balmer@tonkon.com
Gracey Nagle, OSB No. 215255
  Direct:  503.802.5753
  Email:  gracey.nagle@tonkon.com
Tonkon Torp LLP
1300 SW Fifth Ave., Suite 2400
Portland, OR 97201
Facsimile:  503.274.8779
    *Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| OREGON COUNCIL FOR THE HUMANITIES d/b/a OREGON HUMANITIES, a nonprofit corporation; FEDERATION OF STATE HUMANITIES COUNCILS, a nonprofit corporation, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES DOGE SERVICE, a component of the Executive Office of the President; AMY GLEASON, in her official capacity as Acting Administrator of the United States DOGE Service; NATIONAL ENDOWMENT FOR THE HUMANITIES, an independent federal agency, and its advisory council NATIONAL COUNCIL ON THE HUMANITIES; MICHAEL MCDONALD, in his official capacity as Acting Chairman of the National Endowment for the Humanities, <br><br> Defendants. | Civil No. 3:25-cv-00829-SI <br><br> **UNOPPOSED [PROPOSED] BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR 5 U.S.C. § 705 STAY AND PRELIMINARY INJUNCTION** |

Counsel for Plaintiffs Oregon Council for the Humanities and Federation of State Humanities Councils ("Plaintiffs") conferred with the United States Attorney's Office for the District of Oregon, which represents Defendants United States DOGE Service, Amy Gleason, National Endowment for the Humanities, and Michael McDonald ("Defendants") (collectively the "Parties"). The Parties agree to the following modified schedule for briefing on Plaintiffs' Motion for 5 U.S.C. § 705 Stay and Preliminary Injunction ("Motion"), and respectfully request the Court adopt the following proposed schedule.

1.  **On or by July 15, 2025:** Defendants will file responsive papers.

2.  **On or by July 30, 2025:** Plaintiffs will file any reply papers.

Further, the Parties have conferred regarding oral argument on the Motion. The Parties request oral argument and can be available for argument August 4, 5, 11, 12, 13, 14, or 15, 2025, subject to the Court's availability and preferences. The Parties are not available August 6-8. If the Court has alternate preferred dates, the Parties will confer and make themselves available.

DATED: June 25, 2025.

TONKON TORP LLP

By:  __/s/ Anna Sortun_____
　　　Anna Sortun, OSB No. 045279
　　　　Direct: 503.802.2107
　　　　Email: anna.sortun@tonkon.com
　　　Steven M. Wilker, OSB No. 911882
　　　　Direct: 503.802.2040
　　　　Email: steven.wilker@tonkon.com
　　　Paul Balmer, OSB No. 203429
　　　　Direct: 503.802.5745
　　　　Email: paul.balmer@tonkon.com
　　　Gracey Nagle, OSB No. 215255
　　　　Direct: 503.802.5753
　　　　Email: gracey.nagle@tonkon.com
　　　*Attorneys for Plaintiffs*