**SCOTT E. BRADFORD, OSB #062824**
United States Attorney
District of Oregon
**SEAN E. MARTIN, OSB #054338**
Assistant United States Attorney
sean.martin@usdoj.gov
1000 S.W. Third Avenue, Suite 600
Portland, OR 97204
Telephone:   (503) 727-1000
        Attorneys for Defendants

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DISTRICT

| | |
|---|---|
| **OREGON COUNCIL FOR THE HUMANITIES; FEDERATION OF STATE HUMANITIES COUNCILS**, <br><br> Plaintiffs, <br><br> v. <br><br> **U.S. DEPARTMENT OF GOVERNMENT EFFICIENCY; AMY GLEASON; NATIONAL ENDOWMENT FOR THE HUMANITIES; MICHAEL MCDONALD; NATIONAL COUNCIL ON THE HUMANITIES**, <br><br> Defendants. | Case No. 3:25-cv-00829-SI <br><br> DEFENDANTS' NOTICE |

Page 1     Defendants' Notice

Defendants provide notice of several developments relevant to this matter.

On July 25, 2025, the National Endowment for the Humanities ("NEH") approved a motion to fund applications for general operating support grants for all 56 state and jurisdictional humanities councils. NEH will determine the exact funding amounts in accord with its FY 2026 appropriations, the legislated funding formula for the councils, and its Acting Chairman's discretionary authority. A copy of NEH's approval and the list of the 56 grant applications is attached to this notice as Exhibit A.

In addition, on August 1, 2025, NEH announced its award of nearly $35 million in grants for 97 humanities projects across the country. A copy of NEH's press release and the list of grants by geographic locations is attached to this notice as Exhibit B. These materials are also available at https://www.neh.gov/news/neh-announces-3479-million-97-humanities-projects, and https://www.neh.gov/sites/default/files/2025-07/Summer%202025%20grants%20list%20state%20by%20state%20FINAL%20.pdf.

DATED this 1st day of August 2025.

                    Respectfully submitted,

                    SCOTT E. BRADFORD
                    United States Attorney

District of Oregon

*/s/ Sean E. Martin*
SEAN E. MARTIN
Assistant United States Attorney
    Attorneys for Defendants