Anna Sortun, OSB No. 045279
  Direct: 503.802.2107
  Email: anna.sortun@tonkon.com
Steven M. Wilker, OSB No. 911882
  Direct: 503.802.2040
  Email: steven.wilker@tonkon.com
Paul Balmer, OSB No. 203429
  Direct: 503.802.5745
  Email: paul.balmer@tonkon.com
Gracey Nagle, OSB No. 215255
  Direct: 503.802.5753
  Email: gracey.nagle@tonkon.com
Tonkon Torp LLP
1300 SW Fifth Ave., Suite 2400
Portland, OR 97201
Facsimile: 503.274.8779
    *Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| OREGON COUNCIL FOR THE HUMANITIES d/b/a OREGON HUMANITIES, a nonprofit corporation; FEDERATION OF STATE HUMANITIES COUNCILS, a nonprofit corporation,<br><br>           Plaintiffs,<br><br>      v.<br><br>UNITED STATES DOGE SERVICE, a component of the Executive Office of the President; AMY GLEASON, in her official capacity as Acting Administrator of the United States DOGE Service; NATIONAL ENDOWMENT FOR THE HUMANITIES, an independent federal agency, and its advisory council NATIONAL COUNCIL ON THE HUMANITIES; MICHAEL MCDONALD, in his official capacity as Acting Chairman of the National Endowment for the Humanities,<br><br>           Defendants. | Civil No. 3:25-cv-00829-SI<br><br>**JOINT STATUS REPORT ON ADMINISTRATIVE RECORD**<br><br>Judge: The Honorable Michael H. Simon |

PAGE 1 – JOINT STATUS REPORT

I.  **STATUS**

The parties jointly report to the Court that they have conferred regarding the Administrative Record lodged on January 26, 2026, and have identified issues that require further investigation by NEH and subsequent conferral.  The parties will continue to confer and will file an additional joint status report to the Court on or by March 3, 2026, at which time the parties may jointly seek a modest extension of the pending summary judgment schedule if needed.

Pursuant to LR 11-1(b)(2), undersigned counsel consent to their signatures on this submission.

DATED:  February 17, 2026.

TONKON TORP LLP

By: */s/ Anna Sortun*
Anna Sortun, OSB No. 045279
 Direct:  503.802.2107
 Email:  anna.sortun@tonkon.com
Steven M. Wilker, OSB No. 911882
 Direct:  503.802.2040
 Email:  steven.wilker@tonkon.com
Paul Balmer, OSB No. 203429
 Direct:  503.802.5745
 Email:  paul.balmer@tonkon.com
Gracey Nagle, OSB No. 215255
 Direct:  503.802.5753
 Email:  gracey.nagle@tonkon.com
*Attorneys for Plaintiffs*

By: */s/ Scott E. Bradford*
Scott E. Bradford, OSB No. 062824
 Direct:  503-727-1000
 Email:  scott.bradford@usdoj.gov
Sean E. Martin, OSB No. 054338
 Direct:  503 727-1000
 Email:  sean.martin@usdoj.gov
US Attorney's Office
1000 SW 3rd Ave Ste 600
Portland OR  97204
*Attorneys for Defendants*