Anna Sortun, OSB No. 045279
  Direct: 503.802.2107
  Email: anna.sortun@tonkon.com
Steven M. Wilker, OSB No. 911882
  Direct: 503.802.2040
  Email: steven.wilker@tonkon.com
Paul Balmer, OSB No. 203429
  Direct: 503.802.5745
  Email: paul.balmer@tonkon.com
Gracey Nagle, OSB No. 215255
  Direct: 503.802.5753
  Email: gracey.nagle@tonkon.com
Tonkon Torp LLP
1300 SW Fifth Ave., Suite 2400
Portland, OR 97201
Facsimile: 503.274.8779
  *Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| OREGON COUNCIL FOR THE HUMANITIES d/b/a OREGON HUMANITIES, a nonprofit corporation; FEDERATION OF STATE HUMANITIES COUNCILS, a nonprofit corporation,<br><br>Plaintiffs,<br><br>v.<br><br>UNITED STATES DOGE SERVICE, a component of the Executive Office of the President; AMY GLEASON, in her official capacity as Acting Administrator of the United States DOGE Service; NATIONAL ENDOWMENT FOR THE HUMANITIES, an independent federal agency, and its advisory council NATIONAL COUNCIL ON THE HUMANITIES; MICHAEL MCDONALD, in his official capacity as Acting Chairman of the National Endowment for the Humanities,<br><br>Defendants. | Civil No. 3:25-cv-00829-SI<br><br>**JOINT STATUS REPORT ON ADMINISTRATIVE RECORD**<br><br>Judge: The Honorable Michael H. Simon |

PAGE 1 – JOINT STATUS REPORT

I. **STATUS**

Over the past two months, Plaintiffs report that they have been monitoring developments in Congress and at NEH relating to the 2026 Appropriations Bill signed into law in late-January by President Trump for funding of the Councils through September 30, 2026. Plaintiffs are in the process of analyzing whether to move this Court for leave to file a Supplemental Complaint relating to this new law.

If Plaintiffs seek to file a Supplemental Complaint, then the parties will confer again on the case schedule and set out new proposed deadlines for (a) potential briefing on a motion to file a Supplemental Complaint, (b) supplementation of the Administrative Record, and (c) summary judgment. If Plaintiffs elect not to pursue a Supplemental Complaint, then the Parties expect that Plaintiffs will file a motion for summary judgment on the extant complaint and based upon judicial review of the current Administrative Record.

Plaintiffs request the Court enter the following modification to the existing case schedule.

| Event/Deadline | Proposed Date |
| --- | --- |
| Deadline for Plaintiffs to file motion to file supplemental complaint, if any. | March 20, 2026 |
| New deadline for Plaintiffs to file motion for summary judgment on extant complaint and AR. | April 17, 2026 |
| Deadline for Defendants to respond to motion for summary judgment and file any cross motion. Defendants may file a combined response/cross motion. | May 15, 2026 |
| Deadline for Plaintiffs to reply in support of motion for summary judgment and oppose any cross motion. Plaintiffs may file a combined reply/opposition. | May 29, 2026 |
| Deadline for Defendants to reply in support of any cross motion. | June 12, 2026 |

| Event/Deadline | Proposed Date |
|---|---|
| Hearing on motion/cross motion for summary judgment. | To be set by Court if the Court deems such a hearing necessary |

Pursuant to LR 11-1(b)(2), undersigned counsel consent to their signatures on this submission.

DATED: March 3, 2026.

TONKON TORP LLP

By:   *s/ Anna Sortun*
Anna Sortun, OSB No. 045279
   Direct:  503.802.2107
   Email:  anna.sortun@tonkon.com
Steven M. Wilker, OSB No. 911882
   Direct:  503.802.2040
   Email:  steven.wilker@tonkon.com
Paul Balmer, OSB No. 203429
   Direct:  503.802.5745
   Email:  paul.balmer@tonkon.com
 Gracey Nagle, OSB No. 215255
   Direct:  503.802.5753
   Email:  gracey.nagle@tonkon.com
*Attorneys for Plaintiffs*

By:   *s/ Sean E. Martin*
Scott E. Bradford, OSB No. 062824
   Direct:  503-727-1000
   Email:  scott.bradford@usdoj.gov
Sean E. Martin, OSB No. 054338
   Direct:  503 727-1000
   Email:  sean.martin@usdoj.gov
US Attorney's Office
1000 SW 3rd Ave Ste 600
Portland OR  97204
*Attorneys for Defendants*

PAGE 3 – JOINT STATUS REPORT